

**CIR, LAW OFFICES INTERNATIONAL**
Creditor Iustus et Remedium, LLP

Headquarters:
8665 Gibbs Dr, Ste 150, San Diego, CA 92123
Mailing: PO Box 23189, San Diego, CA 92193-3189
Telephone (858) 496 8909
Fax (858) 496 5977

July 8, 2015

**Sent via Electronic Filing**

Honorable Magistrate Judge Joseph C. Spero
United States District Court, Northern District of California
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   **William Gunkel v. Cavalry SPV I, LLC, et al.**
      **U.S. District Court Case No. 3:15-cv-02583-JCS**

Dear Honorable Magistrate Judge Joseph C. Spero:

I would like to respectfully request approval to appear at the Plaintiff's Motion to Remand and Defendants' Motion to Dismiss, both scheduled to be heard on July 24, 2015 at 9:30 a.m., by telephone appearance. I am making this request under the grounds that I live and work in San Diego, CA and appearance by telephone would reduce costs and extensive time expended for travelling, much of which could be better used towards settlement should this matter ultimately remain in this court's jurisdiction for litigation.

My direct telephone line is (858) 495-1421. If my telephonic appearance is permitted, I will remain available at this number until relieved by the court.

Dated: 7/20/15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

Respectfully submitted,

Mark Bennett, Esq.
Senior Litigation Attorney
CIR, LAW OFFICES

*This letter has been sent to you by a law office specializing in the area of debt collections. Be advised that this is an attempt to collect a debt and any information obtained will be used for that purpose.*

*Debt Collection Law Firm*